# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DOMINIQUE EDWARD BUCHANAN
ADC #157152                                                                PLAINTIFF

V.                    CASE NO. 4:18-CV-83-JM-BD

DOUG WOOD, *et al.*                                                        DEFENDANTS

## ORDER

Plaintiff Dominique Edward Buchanan, an inmate in the Ouachita County Detention Center ("Detention Center"), filed this case without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Mr. Buchanan's claims arose while he was housed at Ouachita County Jail, in Camden, Arkansas, which lies in the Western District of Arkansas.

The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. 1406(a). The Clerk of Court, therefore, is directed to immediately transfer this case to the United States District Court for the Western District of Arkansas, El Dorado Division, United States Courthouse, 101 South Jackson Avenue, Room 205, El Dorado, Arkansas 71730.

In light of the transfer, the Recommended Disposition filed today recommending that Mr. Buchanan's claims be dismissed for failure comply with the court order to address the filing fee requirement is hereby withdrawn.

IT IS SO ORDERED, this 5th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE